# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

CURTIS BASCOM,      *
                 *
     Plaintiff,      *     CIVIL ACTION NO.: 5:17-cv-130
                 *
v.      *
                 *
HILTON HALL; and DR. ANDREW TAM,      *
                 *
     Defendants.      *

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 16, 2018 Report and Recommendation, dkt. no. 8, to which no Objections were filed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's supervisory claim against Defendant Hilton Hall for failure to state a claim under 42 U.S.C. § 1983. However, Plaintiff's deliberate indifference to serious medical needs claim against Defendant Dr. Andrew Tam and retaliation claim against Defendant Hall shall remain pending

AO 72A
(Rev. 8/82)

before the Court.

**SO ORDERED**, this ____ day of _____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA